**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Karl Kluge, : | |
| : | Civil Action No.: 1:14-cv-11010-FDS |
| Plaintiff, : | |
| v. : | |
| : | |
| Retrieval Masters Creditors Bureau, Inc.; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Karl Kluge ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 30, 2014

                                                Respectfully submitted,

                                                By: /s/ Sergei Lemberg

                                                    Sergei Lemberg, Esq.
                                                    BBO No.: 650671
                                                    Lemberg & Associates L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 30, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Sergei Lemberg

                                                   Sergei Lemberg